**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00706-CV

_____

## IN RE MONIQUE MANDELL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 504,405**

## MEMORANDUM OPINION

On October 3, 2022, relator Monique Mandell filed a petition for writ of mandamus in this Court, and she filed a revised version of that petition on November 2, 2022, followed by a supplemented petition on December 29, 2022 which we construe as her live pleading. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jason Cox, presiding judge of the Probate Court No. 3 of Harris County, to release relator from her temporary guardianship.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.